1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**
7                         **DISTRICT OF NEVADA**
8   UNITED STATES OF AMERICA,              )
                                           )
9                    Plaintiff,            )
                                           )
10            v.                           )        2:10-CR-299-JCM (LRL)
                                           )
11  SHANNON PARSONS,                       )
                                           )
12  _____Defendant.____ )
13                        **ORDER OF FORFEITURE**
14          IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover

15  from SHANNON PARSONS a criminal forfeiture money judgment in the amount of $100,000.00 in

16  United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States

17  Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States

18  Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

19          DATED April 11, 2012.

20
21
22
23                              _____
                                UNITED STATES DISTRICT JUDGE
24
25
26

**PROOF OF SERVICE**

I, Heidi L. Skillin, certify that the following individuals were served with copies of the Order of Forfeiture on April 6, 2012, by the below identified method of service:

Electronic Filing

Angela H. Dows
Reade & Associates
1333 North Buffalo Drive, Suite 210
Las Vegas, NV 89128
adows@readelawfirm.com
*Counsel for Shannon Parsons*

/s/HeidiLSkillin
HEIDI L. SKILLIN
Forfeiture Support Associate Clerk